UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | Civil Action 16-cv-10874 (DPW) |
| Plaintiff, | : : | |
| v. | : : : | |
| ROSS I. MCLELLAN, | : : : | |
| Defendant. | : : | |

### ASSENTED-TO MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENT AGAINST DEFENDANT ROSS I. MCLELLAN AND TO ADJOURN THE PARTIES' DECEMBER 8 HEARING

Plaintiff Securities and Exchange Commission (the "Commission") respectfully requests that the Court enter the attached proposed Final Judgment as to Defendant Ross I. McLellan ("Final Judgment"), attached hereto as Exhibit A. The Commission and McLellan have agreed to all terms in the Final Judgment, which, if entered, would result in the disposition of all of the claims in this case.

In support of this motion, the Commission has filed a Consent signed by McLellan, memorializing his agreement to the terms of the Final Judgment, attached hereto as Exhibit B. Specifically, McLellan consents to a permanent injunction from violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§78j(b)] and Rule 10b-5 thereunder [17 C.F.R. §240.10b-5], and Sections 17(a)(1) and (3) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §77q(a)]. Section 20(b) of the Securities Act and Section 21(d)(1) of the Exchange Act provide that the Commission may seek, and the Court may grant, a

permanent injunction against violations of the federal securities laws.  See 15 U.S.C. § 77t(b) and 15 U.S.C. § 78u(d)(1).

The proposed Final Judgment does not require McLellan to pay disgorgement or a civil monetary penalty.

## CONCLUSION

For the reasons outlined above, the Commission respectfully requests that the Court enter the attached proposed Final Judgment as to McLellan.  In addition, now that the parties have reached agreement as to the proposed disposition of this case, the parties further request that the December 8, 2020 hearing be adjourned.

                                                Respectfully submitted,

                                                SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Rua M. Kelly
Rua M. Kelly (Mass. Bar. No. 643351)
Eric A. Forni (Mass. Bar No. 669685)
33 Arch Street, 24th Floor
Boston, Massachusetts  02110
Telephone:  (617) 573-8941 (Kelly direct)
Facsimile:   (617) 573-4590
E-mail:  KellyRu@sec.gov

Dated: December 4, 2020

## CERTIFICATE OF SERVICE

I certify that this document filed through the Court's Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic

/s/ Rua M. Kelly
Rua M. Kelly